UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
07/28/2008

In Re: Professional Geophysics §
§
§
§
§
Debtor(s).  §

Case No. 93-41563

#356

### Order for Payment of Unclaimed Funds

Upon the application of Sutherland Brothers, Inc. - Bob Sutherland, President, seeking payment of $1665.67 representing funds previously unclaimed by Sutherland Brothers, Inc.

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Sutherland Brothers, Inc. is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $1665.67 to:

Sutherland Brothers, Inc.
PO Box 557
Nucla, Co   81424

Signed this 25th day of July, 2008

_____
United States Bankruptcy Judge